# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | Sa15-466M |
| v. | |
| ADOLFO Maria CRUZ, | **ORDER OF TEMPORARY DETENTION** |
| DEFENDANT(S). | **PENDING HEARING PURSUANT** |
| | **TO BAIL REFORM ACT** |

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing
is set for ___SEPT 16, 2015_____, 2015, at __1000__ ☐a.m. / ☒p.m. before the
Honorable _Douglas F. McCormick, United States Magistrate Judge_, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.

_(Other custodial officer)_

Dated: ___9/10/2015___          _____
                               U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**